UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TIMOTHY CURRY

VERSUS                                              CIVIL ACTION

LOUISIANA STATE DEPARTMENT                          NUMBER 10-403-FJP-DLD
OF PUBLIC SAFETY & CORRECTIONS, ET AL

## NOTICE

    Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.

    In accordance with 28 U.S.C. § 636(b)(1), you have 14 days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. Failure to file written objections to the proposed findings, conclusions and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

    ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

    Signed in Baton Rouge, Louisiana, on January 12, 2011.

                                  **MAGISTRATE JUDGE DOCIA L. DALBY**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TIMOTHY CURRY

VERSUS                                                                  CIVIL ACTION

LOUISIANA STATE DEPARTMENT                         NUMBER 10-403-FJP-DLD
OF PUBLIC SAFETY & CORRECTIONS, ET AL

## MAGISTRATE JUDGE'S REPORT

Plaintiff filed this action pursuant to 42 U.S.C. § 1983 against the Louisiana Department of Public Safety and Corrections and unidentified time computation personnel.

On December 9, 2010, the plaintiff was ordered to show cause why the complaint should not be dismissed for failure to serve the defendants pursuant to Rule 4(m), Federal Rules of Civil Procedure. Plaintiff failed to respond to the show cause order.

The record fails to disclose that the defendants have been served with a summons and complaint. Furthermore, the defendants have not filed an answer or other responsive pleading, or otherwise made an appearance in this case.

Rule 4(m) provides, in pertinent part, as follows:

> If a defendant is not served within 120 days after the complaint is filed, the court-on motion or on its own after notice to the plaintiff-must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Plaintiff bears the burden of showing good cause for failure to effect timely service.[1]

---

[1] To establish good cause, a plaintiff must demonstrate at least as much as would be required to show excusable neglect, and simple inadvertence or mistake of counsel or ignorance of the rules usually does not suffice. *Lindsey v. United States Railroad*

Plaintiff has not served the defendants within the time allowed under Rule 4(m), nor has he demonstrated good cause for failing to do so.

Even without a showing of good cause, the court may exercise its discretion to extend the time for service. However, a review of the record does not support such an extension.

## RECOMMENDATION

It is the recommendation of the magistrate judge the plaintiff's complaint be dismissed, without prejudice, pursuant to Rule 4(m).

Signed in Baton Rouge, Louisiana, on January 12, 2011.

_____

**MAGISTRATE JUDGE DOCIA L. DALBY**

---

*Retirement*, 101 F.3d 444, 446 (5th Cir. 1996).