UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TIMOTHY CURRY

CIVIL ACTION

VERSUS

NUMBER 10-403-FJP-DLD

LOUISIANA STATE DEPARTMENT
OF PUBLIC SAFETY & CORRECTIONS, ET AL

OPINION

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the plaintiff's complaint shall be dismissed, without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

Baton Rouge, Louisiana, March 10, 2011.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#47151